# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-cr-00045-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JERRELL TITO BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* filings received by the Court on June 8, 2020 [Docs. 26, 27, 28, 29, 30, 31].

The Defendant has filed a number of documents with the Court, including documents entitled "Letter Rogatory for Relief" [Doc. 26]; "Good Faith Notice" [Doc. 27]; "Affidavit of Negative Averment" [Doc. 28]; "Judicial Notice" [Doc. 29]; "Notice of Anomalous Plea – In Rem Proceedings" [Doc. 30]; and "Certificate of Service" [Doc. 31]. By these filings, the Defendant purports to invoke his rights under the Uniform Commercial Code. This, however, is a criminal case. The Uniform Commercial Code has no applicability to these proceedings. These filings, therefore, are legally baseless and frivolous. Moreover, the Defendant is currently represented by counsel. The Court does not ordinarily permit filings by a criminal defendant

who is represented by counsel and who has not formally waived his right to counsel.  See LCrR 47.1(g).  For all these reasons, the Defendant's *pro se* filings will be stricken from the record.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* filings [Docs. 26, 27, 28, 29, 30, 31] are hereby **STRICKEN** from the record.

**IT IS SO ORDERED**.

Signed: June 9, 2020

Martin Reidinger
Chief United States District Judge