IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:19-cr-00045-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JERRELL TITO BOWMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on several "Motions" [Docs. 45, 46, 47, 48, 49, 51, 52, 54] and "Notices" [Docs. 50, 53] filed by Charles Tyrone Lee on behalf of the Defendant.

The Defendant entered a guilty plea on June 29, 2020 and is awaiting sentencing. He is represented by attorney Jack Stewart, Jr.

On July 13, 2020 and July 22, 2020, the Court received a number of "motions" and "notices" filed by Charles Tyrone Lee on behalf of the Defendant. Mr. Lee purports to be an "Authorized Representative" of the Defendant with the "Power of Attorney in Fact." Mr. Lee, however, is not an attorney at law. As a third party, he is not permitted to sign and file pleadings on the Defendant's behalf. Moreover, the Defendant is still represented by his trial counsel. The Court does not ordinarily entertain motions filed by a

criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(g). Accordingly, the "motions" and "notices" filed by Mr. Lee on behalf of the Defendant will be denied and stricken from the record.

**IT IS, THEREFORE, ORDERED** that "Motions" [Docs. 45, 46, 47, 48, 49, 51, 52, 54] and "Notices" [Docs. 50, 53] are **DENIED** and **STRICKEN** from the record.

**IT IS SO ORDERED**.

Signed: July 23, 2020

Martin Reidinger
Chief United States District Judge